IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRISURA SPECIALTY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> PARADE ENTERPRISES, LLC; <br> BHAVESH PATEL; <br> BURGER KING CORPORATION; <br> LAMOY LEVY; and <br> KARL SOWELL, SR. <br><br> Defendants. | CIVIL ACTION NO.: <br> 1:25-CV-01050-RMB-EAP <br><br><br> **STIPULATION OF** <br> **DISMISSAL WITH** <br> **PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Plaintiff Trisura Specialty Insurance Company, Defendant Karl Sowell, Sr., and Defendants Parade Enterprises, LLC, Bhavesh Patel, Burger King Corporation that pursuant to the Federal Rule Of Civil Procedure 41, the above-referenced case is DISMISSED in its entirety with prejudice and without an award of costs or fees to any party.

Respectfully submitted,

| | |
|---|---|
| **Zarwin, Baum, DeVito, Kaplan, Schaer & Toddy, P.C.** | **Garrity, Graham, Murphy, Garofalo & Flinn, P.C.** |
| *Charity A. Heidenthal, Esq.* | *Francis X. Garrity, Esq.* (signature) |
| Charity A. Heidenthal, Esq. | Francis X. Garrity, Esq. |
| *Attorneys for Plaintiff* | *Attorneys for Defendants, Parade Enterprises, LLC, Bhavesh Patel, Burger King Corporation* |
| Date: 9/29/2025 | Date: Aug 29, 2025 |

**Borbi, Clancy & Patrizi, LLC**

_____
Vanessa P. Patrizi, Esq.
*Attorney for Defendant,
Karl Sowell, Sr. (an interested party)*

Date: 9/29/25